In the Matter of SANDRA BOWLER, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. [913 NYS2d 119]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Carni, Green, Pine and Gorski, JJ.

TRISHA BROWN et al., Individually and as Coexecutors of LOYOLA McCORMICK, Deceased, Respondents, v ARNOT MEDICAL CENTER et al., Defendants, and KEVIN D. O'SHEA, M.D., Appellant. [913 NYS2d 119]—Motion for reargument denied. Present—Martoche, J.P., Carni, Green, Pine and Gorski, JJ.

LAIDLAW ENERGY AND ENVIRONMENTAL, INC., Appellant, v TOWN OF ELLICOTTVILLE et al., Respondents. [913 NYS2d 118]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Carni, Green, Pine and Gorski, JJ.

In the Matter of the Arbitration between NEW YORK STATE NURSES ASSOCIATION, INC., Respondent, and COUNTY OF ERIE, Appellant. [913 NYS2d 118]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Sconiers and Pine, JJ.

In the Matter of STATE OF NEW YORK, Appellant, v DANIEL FLAGG, Respondent. [913 NYS2d 119]—Motion insofar as it seeks reargument or leave to appeal to the Court of Appeals denied. Motion insofar as it seeks to amend the record granted. Present—Scudder, P.J., Centra, Peradotto, Sconiers and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCOS GOMEZ, Also Known as MARCOS J. GOMEZ, Also Known as MARCOS JUAN GOMEZ, Also Known as JUAN MERCED, Appellant. [913 NYS2d 588]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Attempted Robbery, 2nd Degree). Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.